IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD ADAMS | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| RAYMOND LAWLER, et al. | : | |
| Respondents | : | No. 08-3134 |

**O R D E R**

AND NOW, this 15th day of September, 2009, upon consideration of the petition for writ of habeas corpus (Doc. No. 3), the response thereto (Doc. Nos. 11), and petitioner's reply (Doc. No. 18), it is hereby **ORDERED** that for the reasons set forth above, the petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**IT IS FURTHER ORDERED** that petitioner's motion for a stay (Doc. No. 18) is **DENIED**.[1]

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

/s Lowell A. Reed, Jr.
LOWELL A. REED, JR., Sr. J.

---

[1] Petitioner's motion to stay his habeas petition is incorporated into his reply to the respondents' answer (Doc. No. 18).